UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN BEVINEAU, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 4:06CV609-DJS |
| ) | |
| DAVE DORMIRE and ) | |
| CHRIS KOSTER, Attorney General for ) | |
| the State of Missouri, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #14] is accepted and adopted.

Dated this   8th   day of April, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE